# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Bryan Wayne Ivey

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00273
Assigned To : Meriweather, Robin M.
Assign. Date : 3/3/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Bryan Wayne Ivey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/03/2021

2021.03.03
12:52:50 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/3/21, and the person was arrested on *(date)* 3/4/21
at *(city and state)* Cookeville, TN.

Date: 3/4/21

*Arresting officer's signature*

Angelo DeFeo, Special Agent
*Printed name and title*