UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-cr-267-CRC |
| : | |
| **BRYAN WAYNE IVEY** : | |
| : | |
| **Defendant.** : | |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

1. The Government respectfully submits the following Statement of Offense in support of a plea of guilty by defendant BRYAN WAYNE IVEY (hereinafter "IVEY") to Count Four of the Information in the above-captioned matter.

2. If this case were to go to trial, the government would prove the following facts beyond a reasonable doubt:

3. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

4. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

5. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November

3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

6.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

7.  At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

8.  At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

9. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

10. IVEY traveled to Washington, D.C. on January 6, 2021, in order to attend the "Stop the Steal" rally. However, IVEY did not attend the protest because it was too crowded and instead joined a large crowd around the U.S. Capitol. After the police line and metal barricades were breached, IVEY walked towards the Senate Wing Door, where he watched another rioter break through the window immediately adjacent to the Senate Wing Door using a riot shield.

11. IVEY entered the Capitol through the breached window. IVEY was aware that he was not authorized to be inside of the Capitol. Once inside, Ivey watched other rioters kick open the Senate Wing Door. Ivey stood at the door and waved additional rioters into the Capitol Building.

12. IVEY spent approximately 35 minutes inside the Capitol, the majority of which was spent inside the Rotunda. IVEY recorded multiple videos during this time. IVEY then

3

deleted all of the photos and videos from his cell phone that were taken outside of and inside of the Capitol on January 6, 2021.

                                      Respectfully submitted,

                                      Channing D. Phillips
                                      Acting U.S. Attorney
                                      D.C. Bar No. 415793

By: _/s/ Leslie A. Goemaat_
      LESLIE A. GOEMAAT
      MA Bar No. 676695
      Assistant United States Attorney
      Fraud Section
      U.S. Attorney's Office
      555 4th Street, N.W., Room 5840
      Washington, D.C.   20530
      Office: 202-803-1608
      Email: Leslie.Goemaat@usdoj.gov

## Defendant's Acceptance

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

6-15-21
Date

BRYAN WAYNE IVEY
Defendant

## Defense Counsel's Acknowledgment

I am Defendant BRYAN WAYNE IVEY'S attorney. I have reviewed every part of this Statement of Offense with her. It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

6-15-21
Date

R. David Baker
Attorney for Defendant