UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:21-cr-00267-CRC |
| v. | : | |
| | : | |
| **BRYAN WAYNE IVEY,** | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING OF VIDEO SENTENCING EXHIBITS**

The United States of America hereby provides notice that it intends to submit the following video exhibits to the Government's Sentencing Memorandum by email or USAFX to Chambers in the above-captioned matter:

- Exhibit 1 – 30-second video from @bgonthescene showing Ivey outside of Senate Wing Door window while it is being breached
- Exhibit 2 – 60-second video from Capitol CCV of Senate Wing Door showing Ivey's entrance to the U.S. Capitol through the window

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: *Leslie A. Goemaat*
LESLIE A. GOEMAAT
MA Bar No. 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office
555 4th Street, N.W., Room 5840
Washington, D.C. 20530
Office: 202-803-1608
Leslie.Goemaat@usdoj.gov