UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:21-00267 |
| v. | ) JUDGE CHRISTOPHER R. COOPER |
| | ) |
| BRYAN WAYNE IVEY | ) |

## NOTICE OF FILING OF ADDITIONAL AUTHORITY

The defendant, Bryan Ivey, through counsel, hereby submits additional authority for this Court's consideration, a Memorandum Opinion in *United States v. Virginia Marie Spencer*, No. 21-0147-02 (CKK), in support of his argument that the law does not authorize a "split sentence" of incarceration and probation for the offense of conviction in this case. See ECF 42 (Defendant's Response to Government Sentencing Memorandum) at 8-27.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Bryan Wayne Ivey

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, I electronically filed the foregoing *Notice of Filing of Additional Authority* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Leslie A. Goemaat, Assistant United States Attorney, 555 4th St. N.W., Washington, D.C., 20530.

s/ *R. David Baker*
R. DAVID BAKER